No. 134. BEEMAN ET AL. *v.* MICHIGAN BOARD OF PHARMACY ET AL. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Raymond K. Dykema* for appellants. *Stephen J. Roth,* Attorney General of Michigan, *Edmund E. Shepherd,* Solicitor General, *Ernest O. Zirkalos* and *Daniel J. O'Hara,* Assistant Attorneys General, for appellees.

No. 137. BEARD-LANEY, INC. *v.* UNITED STATES ET AL.

*Per Curiam:* The motion to affirm is granted and the judgment is affirmed. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS dissent. *Edward W. Mullins* for appellant. *Solicitor General Perlman* and *Daniel W. Knowlton* for the United States et al.; and *C. W. Tillett* and *Joseph W. Blackshear* for the Associated Petroleum Carriers, appellees.

No. 138. LEE *v.* MISSISSIPPI. *Per Curiam:* The appeal is dismissed for want of jurisdiction. 28 U. S. C. § 1257 (2). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by 28 U. S. C. § 2103, certiorari is denied. *J. B. Stirling* for appellant.

No. 148. HASS *v.* NEW YORK. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS dissent. *Emanuel Redfield* for appellant.